**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MATTHEW SPRULL,

                        Petitioner,                  20 **CIVIL** 5051 (PKC)
                                                                 18 **CR.** 665 (PKC)

    -against-

                                                                 **JUDGMENT**

UNITED STATES OF AMERICA,

                        Respondent.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 14, 2021, The Court has considered the balance of Sprull's arguments and finds them to be without merit. His motion to vacate, set aside or correct his conviction and/or sentence pursuant to 28 U.S.C. § 2255 is DENIED, and case No. 20-cv-5051 is closed. Sprull has not made a substantial showing of the denial of a constitutional right and, accordingly, a certificate of appealability will not issue. 28 U.S.C. § 2253; see Blackman v. Ercole, 661 F.3d 161, 163–64 (2d Cir. 2011).

**DATED:**  New York, New York
             April 15, 2021

                                                                **RUBY J. KRAJICK**
                                                                  **Clerk of Court**
                                                   **BY:** _____
                                                                   **Deputy Clerk**